IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  3:10CR463 |
| | ) | |
| | ) | JUDGE JACK ZOUHARY |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | JAMES R. KNEPP, II |
| | ) | |
| | ) | UNITED STATES' MOTION TO DEFER |
| | ) | PREPARATION OF PRESENTENCE |
| | ) | INVESTIGATION REPORT AS TO |
| BRANDON ROBINSON, et al.. | ) | DEFENDANT ANNIESHA N. WHITT |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Steven M. Dettelbach,

United States Attorney for the Northern District of Ohio, and James V. Moroney, Assistant

United States Attorney, and respectfully requests this Honorable Court to defer the preparation of

a presentence investigation report for defendant Anniesha N. Whitt, for the reasons set forth

herein.

On March 7, 2011, defendant Whitt entered a plea of guilty to Count 2 of the indictment

filed in this case.  A written plea agreement was filed on that same date.  Since the entry of

Whitt's guilty plea, the case involving codefendant Brandon M. Robinson has been set for trial to commence August 16, 2011. In order to permit defendant Whitt to fully comply with the terms and conditions of her plea agreement, it is respectfully requested that preparation of her presentence report be deferred until further order of this Court, at some time after August 16, 2011. Undersigned counsel for the United States will file a notice with the Court when the terms and conditions of defendant Whitt's plea agreement have been fully complied with.

Respectfully submitted,

STEVEN M. DETTELBACH
United States Attorney

By:    s/James V. Moroney
      James V. Moroney
      Assistant U.S. Attorney
      Reg. No. 0019064
      400 United States Courthouse
      801 West Superior Avenue
      Cleveland, Ohio 44113
      Telephone No.: (216) 622-3827
      Facsimile No.: (216) 522-7358
      E-Mail: James.Moroney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2011, a copy of the foregoing United States' Motion to Defer Preparation of Presentence Investigation Report as to Defendant Anniesha N. Whitt was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      s/James V.Moroney
      James V. Moroney
      Assistant U. S. Attorney