IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT - WESTERN DIVISION

UNITED STATES OF AMERICA  CASE NO. 3:10 CR 463

vs.  HON. JUDGE ZOUHARY

ANIESHA WHITT

Attachment: Sentencing Memorandum

Now comes Jane Randall, counsel for Aniesha Whitt, to submit the following letters in support of Ms. Whitt, for sentencing.

Respectfully submitted,

s/s JANE S. RANDALL
Jane S. Randall, Esq.
Ste. 1000, 405 Madison
Toledo, OH 43604
S.Ct. No. 0023103

CERTIFICATE OF SERVICE
I certify that a copy of this Response was served electronically to all counsel of record.
s/s JANE S. RANDALL
Jane S. Randall



October 25, 2012

To Honorary Judge Zouhary,

I am writing this letter at the request of Anniesha "Annie" Whitt whom I have known since August 21, 2012 when she first brought her daughter, Rianna Ali, for occupational therapy services due to developmental delay at Total Rehab of Toledo Children's hospital. Ms. Whitt has since accompanied Rianna to all occupational therapy sessions and has brought her for six of seven scheduled visits.

Although I have only known Annie for a short while, as a mother she has consistently appeared concerned about her daughter's well-being, and engaged with her in a loving and attentive manner in my presence. Rianna has also been consistently clean and nicely dressed upon arrival for therapy. In addition, it appears that therapy program exercises are performed consistently with Rianna at home as she has progressed nicely toward her therapy goals each week.

It has been a pleasure to work with Mrs. Whitt toward the developmental progress of her little girl, Rianna.

Shelly Banet, OTR/L
Occupational Therapist
Total Rehab – Toledo Children's Hospital

Cc: Anniesha Whitt



Lucas County Help Me Grow
2275 Collingwood Ste. 117
Toledo, Ohio 43620
(419) 725-7194
(419) 725-7197 fax

May 29, 2012

Ms. Anniesha Whitt
2129 Franklin Ave.
Toledo, Ohio 43620

Dear Ms. Whitt:

Rianna has been referred to the Lucas County Help Me Grow Early Intervention Program for services. Help Me Grow Early Intervention is a system of information, resources, and services that support the growth and development of children pre-birth to three years of age. This is a program that offers a service coordinator to assist you in finding the services that you need for your family. It will also help to increase your knowledge of the resources that are available in our community. One of the service coordinators located at the Family Child Abuse Prevention Center's Help Me Grow program will be contacting you with more information on the types of services that are available here in Lucas County. At this time your service coordinator will explain the Individual Family Service Plan (IFSP) and may begin one for your family.

Help Me Grow is administered by the Ohio Department of Health and the services are available to eligible families at no cost to them. We look forward to working with your family. If you have any questions, please don't hesitate to call (419) 244-3053 ext. 230 and ask for Ms. Denise Majewski.

Sincerely,

*Deborah*

Deborah, Stacey
Help Me Grow Lucas County
Central Intake & Referral Specialist
(419) 725-7194

Help Me Grow is an Ohio and Children and Family Initiative and implemented by the Ohio Department of Health, Bureau Of Early Intervention Services. Help Me Grow Lucas County is administered by the Board of County Commissioners and The Lucas County Family Council

Dear Honorary Judge Zouhary,

My name is Anahja Whitt. I am a student at Glass City Academy. I am writing you this letter because Anniesha Whitt is my older sister. I am aware of the events regarding her guilty plea. We all make mistakes and she has made a big mistake and is ready to move on with her life in a positive direction. She has told me and other family members how remorseful she is about her past actions.

I believe my sister has become a better person and does not need to be sent away to prison. She is a very loving mother to her three kids. Her 16 month old has special needs and cannot crawl, walk or talk. I always see Anniesha working with the baby and encouraging her to do those things. As soon as her five and seven year old get off the school bus they run to hug her. They always have game nights and movie nights together.

Anniesha is always giving me advice about making the right decisions in life. She seems to have changed so much that I cannot imagine that she will ever repeat any illegal activity.

I know that a prison term will serve as a tremendous hardship for our mother, who will take on financial responsibilities of all of Anniesha's kids including the baby who requires extra attention, and may need equiptment in the future. Our mother's income does not allow her to qualify for the programs that help special needs children. Thank you sir.

Sincerely,
Anahja Whitt
Anahja Whitt  11/13/12

Honorary Judge

This letter is in regards of the character of my daughter, Annisha Whitt. I truly believe that Annisha has suffered extensively for her actions. She has had to accept and deal with the shame of her charges that were broadcasted on the Toledo news stations for all of her family and public to view. I believe she is truly despondent about what she has put this family through. She has apologized to me stating that her children and

other family members are certainly not deserving of the unexpected changes we have been through.

    I believe that an extended prison sentence will cause harm to the health of her one year old child who has microcephaly (a nevrological disease). Anniesha's one year old daughter depends on Anniesha to do daily stretches and bi-weekly therapy sessions. If left unstretched over a significant amount of time, hypertonic muscles can become restricted, and unable to extend.

In the event that Anniesha is sentenced to prison time, I will do my best to ensure the well being of all (3) three of her children. However, I work (5) five days a week, full-time. I am sure this will prove to be extremely stressful for me. Her (2) two older children have been patiently waiting for the day when they can spend time with their mother outside of the home, doing activities, like going to the park or zoo. This entire ordeal has been stressful for them also.

Because of the difficulties that will be faced by Anniesha's family

who themselves were blameless in this crime. I ask for you, the Judge, to please grant Anniesha Whitt, a sentence of probation, or least the lowest possible sentence.

Thank you for your consideration,

Sincerely,

Kathleen E. Whitt

KATHLEEN E. WHITT
2129 FRANKLIN AVE.
TOLEDO, OHIO 43620